**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MUNYARADZI TICHOANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-803-MSN-WEF |
| ) | |
| MERRICK GARLAND, ) | |
| Attorney General ) | |
| ) | |
| Defendant. ) | |
| ) | |

### *ROSEBORO* **NOTICE**

Pursuant to Local Rule 7(K), and in accordance with *Roseboro v. Garrison*, 528 F. 2d 390 (4th Cir. 1975), Plaintiff is advised that he has the right to file a response opposing the motion accompanying this notice, and that failure to respond may result in the relief requested in this motion—a stay in the proceedings—being granted. Plaintiff's response must identify all facts stated by Defendant with which Plaintiff disagrees and must set forth his version of the facts by offering affidavits (i.e., written statements signed before a notary public and under oath) or by filing sworn statements (i.e., bearing a statement that is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the motion filed by Defendant. Plaintiff's response must be filed, and a copy provided to Defendant's counsel, within twenty-one (21) days of the date Defendant's motion is filed. Defendant's motion was filed on July 12, 2024.

Dated: July 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On July 12, 2024, I also caused a true and correct copy of the foregoing to be placed in the United States mail, first-class postage prepaid, addressed as follows:

MUNYARADZI TICHAONA
1944 Calvert Street
Apartment 4
Washington, DC 20009
P: 240-970-0064
Email: mtichaona75@gmail.com

*Plaintiff Pro Se*

_____/s/_____
*By:*   CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3831
Fax:   (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendant*