UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MUNYARADZI TICHAONA,
*Plaintiff,*

v.

MERRICK GARLAND,
*Defendant.*

1:24-cv-00803-MSN-WEF

## ORDER

Upon consideration of Plaintiff's "Answering Affidavit and Request to Dismiss the Application" (ECF 9), it is hereby

**ORDERED** that the application is **DENIED**. It is further

**ORDERED** that the instant action shall remain **STAYED** until further order of this Court.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge
Michael S. Nachmanoff
United States District Judge

August 14, 2024
Alexandria, Virginia