**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MUNYARADZI TICHAONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00803-MSN-WEF |
| ) | |
| MERRICK GARLAND, ) | |
| Attorney General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant, by and through counsel, move this Court for an Order dismissing Plaintiff Munyaradzi Tichaona's claims for lack of subject matter jurisdiction. In support of his motion, the Defendant respectfully refers the Court to the memorandum in support being filed contemporaneously with this motion.

Dated: October 10, 2024          Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

       /s/
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3831
Fax:   (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On October 10, 2024, I also caused a true and correct copy of the foregoing to be placed in the United States mail, first-class postage prepaid, addressed as follows:

MUNYARADZI TICHAONA
1944 Calvert Street
Apartment 4
Washington, DC 20009
P: 240-970-0064
Email: mtichaona75@gmail.com

*Plaintiff Pro Se*

*By:*  / s /

CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3831
Fax:  (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendant*