# DEX 1



| Receipt Number<br>ZAR1940227730 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>03/04/2019 | Priority Date | Applicant  A201 764 826<br>TICHAONA, MUNYARADZI |
| Notice Date<br>09/09/2024 | Page<br>1 of 3 | |

| THOMAS TOUSLEY<br>c/o C/O THRIVE DC<br>600 CAMERON ST<br>ALEXANDRIA VA  22314 | **Notice Type:** Approval Notice |
|---|---|

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

<u>Asylum Approval</u>

Applicants:
Name                                                                         Alien Number
TICHAONA, MUNYARADZI                                               A201 764 826

As of 07/22/2024, you have been granted asylum in the United States pursuant to section 208 of the Immigration and Nationality Act (INA). Your derivative family member(s) listed above – who are present in the United States, who were included in your asylum application, and for whom you have established a qualifying relationship – are granted derivative asylum status.

In addition to this letter, you will receive a completed Form I-94, *Arrival-Departure Record,* for you and each of your derivative family members listed below. Please retain this document as evidence that you have been granted asylum. In addition to your Form I-94, *Arrival-Departure Record,* we recommend that you retain the original of this letter as evidence that you have been granted asylum and that you submit copies of this letter when applying for any of the benefits or services listed below.

Asylum is authorized for an indefinite period, but asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated pursuant to section 208(c)(2) of the INA if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States.

Now that you are an asylee, you may apply for certain benefits listed below. You are responsible for complying with applicable laws and regulations explained in this letter. We recommend that you retain the original of this letter as proof of your status and that you submit copies of this letter when applying for any of the benefits or services listed below.

You may obtain any of the USCIS forms mentioned in this letter on the USCIS website at www.uscis.gov, through the National Customer Service Center at 1-800-375-5283, or at a local USCIS office.

**Benefits**

1. <u>Employment Authorization</u>

You are authorized to work in the United States for as long as you remain in asylum status. Your derivative family member(s) listed above are also authorized to work in the United States, so long as they retain derivative asylum status. You are authorized to work in the United States whether or not you have an Employment Authorization Document (EAD). To demonstrate employment authorization to employers, you must show certain documentation, such as an unrestricted Social Security card, a state-issued driver's license, or an unexpired EAD issued by USCIS. For a list of all documents that

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Arlington Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1525 Wilson Boulevard, Suite 300
MS 2500
Arlington VA 20598-2500

**USCIS Contact Center: www.uscis.gov/contactcenter**





| Receipt Number | | Case Type |
|---|---|---|
| ZAR1940227730 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** | **Priority Date** | Applicant  A201 764 826 |
| 03/04/2019 | | TICHAONA, MUNYARADZI |
| **Notice Date** | **Page** | |
| 09/09/2024 | 2 of 3 | |

employers may accept as proof of employment authorization, consult the USCIS Form I-9, *Employment Eligibility Verification,* available on the USCIS website at www.uscis.gov/i-9-central. Many employers also use E-Verify to electronically check your employment eligibility. You can learn your E-Verify rights and responsibilities by visiting www.uscis.gov/e-verify.

USCIS will mail to the last address you provided to USCIS a secure Form I-766, *Employment Authorization Document* (EAD), which will be valid for five years. USCIS will also mail EADs for each of your derivative family members listed above who previously submitted their biometrics (e.g., fingerprints, photo, and signature) at a USCIS Application Support Center (ASC). If you or your derivative family member(s) do not receive the EAD(s) in the mail within 14 business days of the issuance of your asylum approval letter, please contact the Asylum Office that issued your asylum approval (listed above). If your initial EAD is lost or stolen, you may apply for a replacement card by submitting Form I-765, *Application for Employment Authorization.* The form, instructions to the form, and where to file are available on the USCIS website under "Forms" at www.uscis.gov.

2. Derivative Asylum Status

You may request derivative asylum status for your spouse or any unmarried child(ren) under 21 years of age who is not included in this decision and with whom you have a qualifying relationship, whether or not that spouse or child is in the United States. To request derivative asylum status, you must submit Form I-730, *Refugee/Asylee Relative Petition,* **within two years** of the date you were granted asylum. USCIS may extend the two-year filing period in certain cases for humanitarian reasons. The form, instructions to the form, and where to file are available on the USCIS website under "Forms" at www.uscis.gov.

3. Social Security Cards

You and any of your derivative family members listed above may apply immediately for an unrestricted Social Security card at any Social Security office. For more information or to obtain a Form SS-5, *Application for a Social Security Card,* visit the Social Security Administration's website at www.ssa.gov, call the toll-free number 1-800-772-1213, or visit a local Social Security office. When you go to a Social Security office to apply for a Social Security card, you must take your Form I-94, *Arrival-Departure Record,* to demonstrate that you have been granted asylum. If available, you should also take photo-identity documentation, such as an EAD or passport. For directions to the Social Security office nearest to you, call the Social Security Administration toll-free number or visit the website listed above.

4. Assistance and Services through the Office of Refugee Resettlement

You and any of your derivative family members listed above may be eligible to receive assistance and services through the Office of Refugee Resettlement (ORR). ORR funds and administers various programs run by state and private, non-profit agencies throughout the United States. These programs include cash and medical assistance, employment preparation and job placement, and English language training. Many of these programs have time-limited eligibility periods that begin from the date you were first granted asylum. You may not be eligible to receive assistance and services if you were eligible after receiving your first grant of asylum and the time period for eligibility has ended. To take advantage of any of these programs for which you may be eligible, you must contact ORR as soon as possible after receipt of this letter. For more information about these programs and where to go for assistance and services in your state, visit the ORR website at www.acf.hhs.gov/orr.

5. Employment Assistance

You and any of your derivative family members listed above are eligible to receive certain employment services — including job search assistance, career counseling, and occupational skills training — through One-Stop Career Centers. To find the center nearest you, please call 1-877-US2-JOBS or visit America's Service Locator at www.servicelocator.org.

6. Adjustment of Status to Lawful Permanent Resident (LPR)

You may apply for lawful permanent resident status by submitting a separate Form I-485, *Application to Register Permanent Residence or Adjust Status,* for yourself and each qualifying family member. The form, instructions to the form, and where to file are available on the USCIS website under "Forms" at www.uscis.gov. Asylees may adjust status to lawful permanent resident after being physically present in the United States for at least one year at the time of adjudication of the adjustment of status application. A principal asylee's physical presence starts accruing on the date the asylee is granted asylum.

**Responsibilities**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Arlington Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1525 Wilson Boulevard, Suite 300
MS 2500
Arlington VA 20598-2500



**USCIS Contact Center: www.uscis.gov/contactcenter**



| Receipt Number<br>ZAR1940227730 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>03/04/2019 | Priority Date | Applicant  A201 764 826<br>TICHAONA, MUNYARADZI |
| Notice Date<br>09/09/2024 | Page<br>3 of 3 | |

1. Travel Outside of the United States

If you, or your family member(s) with derivative asylum status, plan to travel outside of the United States, you must each request permission to return to the United States before you leave this country by obtaining a refugee travel document. A refugee travel document is valid for one year and is issued to an asylee to allow his or her return to the United States after temporary travel abroad. If you, or your family member(s) with derivative asylum status, do not request a refugee travel document in advance of your departure from the United States, you may be unable to re-enter the United States or you may be placed in removal proceedings before an immigration judge. A refugee travel document does not guarantee that you will be admitted into the United States. Rather, you must still undergo inspection by an immigration inspector from United States Customs and Border Protection (CBP). You and your derivative family member(s) listed above may apply for a refugee travel document by submitting Form I-131, *Application for Travel Document,* for each individual to the address listed on the online "Forms" page on the USCIS website at www.uscis.gov.

**WARNING:** If you return to the country of claimed persecution, you may be questioned as to why you were able to return to the country of claimed persecution, and your asylum status may be terminated pursuant to section 208(c)(2) of the INA. Returning to one's country of claimed persecution may demonstrate a change of circumstances in the country of claimed persecution, show fraud in the initial asylum application, or demonstrate you have voluntarily availed yourself of the protection of the country of claimed persecution.

2. Changes of Address

You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

3. Selective Service Registration

All male asylees between the ages of 18 and 26 must register for the Selective Service. Failure to do so may affect your ability to obtain certain benefits in the United States or obtain U.S. citizenship in the future. To obtain information about the Selective Service and how to register, visit the Selective Service website at www.sss.gov or obtain a Selective Service "mail-back" registration form at a U.S. Post Office.

**Note: Please write your full name, date of birth, and A-number on any correspondence you have with the DHS.**

Enclosures:         _Form I-94, *Arrival-Departure Record(s)*
                    _Translated Summary of This Approval Letter

Sincerely,

ANTONIO DONIS
**Director**
Arlington Asylum Office

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Arlington Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1525 Wilson Boulevard, Suite 300
MS 2500
Arlington VA 20598-2500

**USCIS Contact Center: www.uscis.gov/contactcenter**



## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On October 10, 2024, I also caused a true and correct copy of the foregoing to be placed in the United States mail, first-class postage prepaid, addressed as follows:

MUNYARADZI TICHAONA
1944 Calvert Street
Apartment 4
Washington, DC 20009
P: 240-970-0064
Email: mtichaona75@gmail.com

*Plaintiff Pro Se*

*By:*  _____/ s /_____
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3831
Fax:   (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendant*